UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ilyse Deravil,** *et al.*,

    **Petitioners,**

    v.

**Julmise Jean,** *et al.*,

    **Respondents.**

Case No. 2:24-cv-3727

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Court will conduct an *in camera* interview of the minor child in this case, A.D., on **June 5, 2025, at 2:00 PM**. The interview will take place in the Undersigned's chambers within the Joseph P. Kinneary United States Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215.

The interview will be attended by only the Undersigned, Magistrate Judge Chelsey Vascura, A.D., the interpreter, and the court reporter. No party or attorney may attend the interview, though they are welcome to remain in another area of the courthouse during this time.

The interpreter will likely participate in the interview via video conference (Zoom). The Court inquired from several certified interpreters as to their availability to attend the interview. Mr. Roosevelt Jean-Francois, who the Court understands has provided services to Respondents in this matter, responded and confirmed his availability. Given that A.D. is likely familiar with Mr. Jean-

Francois, the Court intends to utilize his services unless either party objects on or before **May 27, 2025**.

    **IT IS SO ORDERED.**

                                      */s/ Michael H. Watson*
                              **MICHAEL H. WATSON, JUDGE**
                              **UNITED STATES DISTRICT COURT**